# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CV238** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RITA ENGLER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion to Set Aside Entry of Default filed by the Defendant, State of Nebraska. (Filing No. 16). The motion and its attachments set forth good cause to set aside the Clerk's entry of default as to this Defendant only. The State of Nebraska represents that it has no interest in the property that is the subject of this case. Accordingly,

IT IS ORDERED:

1. The Motion to Set Aside the Entry of Default (Filing No. 16) is granted;

2. The Clerk's Entry of Default is hereby set aside as to the Defendant State of Nebraska only; and

3. The State of Nebraska is directed to serve and file a disclaimer and waiver of appearance and notice, similar to that which is attached to Mr. Dexter's affidavit, on or before Thursday, May 25, 2006; or, in the alternative, show good cause for its failure to do so.

Dated this 19th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge