IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 8:06CV238 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONFIRMING SALE |
| ) | |
| RITA ENGLER, (deceased), et al., ) | |
| ) | |
| Defendant(s). ) | |

This matter is before the Court on the United States Marshal's Return to Order of Sale (Filing No. 27) and the motion of the Plaintiff for confirmation of sale. (Filing No. 28). On consideration of the return, the motion for confirmation, the records, files and evidence presented, the Court makes the following findings of fact.

The Order of Sale of realty entered by the Court issued pursuant to the provisions of the Judgment and Decree of Foreclosure (Filing No. 24) has been executed by the U. S. Marshal according to law and the orders of this Court.

The Notice of Sale was published as is by law required, and at the time and place stated in the Notice, the property described in the Judgment was offered for sale by the U. S. Marshal for the District of Nebraska.

The aforementioned real estate was auctioned for sale as a single unit, all as provided and set forth in the Decree of Foreclosure, Order of Sale, and Notice of Sale.

The total proceeds derived from the sale of the subject property was the sum of $33,000.00, and the highest bidder for the purchase of said property was Donald C. Sauser.  The property was sold for fair value to the highest bidder thereon under the circumstances and conditions of the sale, and that a subsequent sale would not realize a greater return of proceeds.  (Filing No. 28, Affidavit of Donna M. Jarzynka).

Based on these facts, I conclude that the sale should be confirmed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

1. The Motion for confirmation of Sale (Filing No. 28) is granted;

2. The sale hereby is confirmed;

3. The United States Marshal make and deliver his deed to the purchaser of the heretofore described real estate; and

4. The Clerk of the United States District Court shall make disbursements of the proceeds of the sale as set out in the Judgment and Decree of Foreclosure.

Dated th 12th day of December 2006.

                          BY THE COURT:

                          s/Laurie Smith Camp
                          United States District Judge